Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
February 16, 2023
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Criminal Action No.: H-4:23-CR-00 |
| | § | |
| LEVI CASILDO CASTRO, | § | **UNDER SEAL** **4:23cr076** |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, and files this motion to seal the Indictment returned on the 16th day of February, 2023, against the above-named defendants and this Motion and Order in support thereof would show the following:

I.

The Indictment charges the defendant with sixteen counts of Willful Failure to Collect or Pay Over Tax (26 U.S.C. § 7202) and twenty-two counts of Assisting in the Preparation of False Tax Returns(26 U.S.C. § 7206(2)).

Law enforcement officers will need to locate and plan the arrest of the defendant. Premature disclosure of the existence of the Indictment is likely to result in flight to avoid arrest and prosecution.

II.

The government respectfully requests that the Indictment returned on February 16, 2023 against the above-named defendant and this Motion and Order be filed under seal (except copies issued to counsel for the government and federal agents involved in this investigation, and defendant and defendant's counsel at the time of arrest), and further requests that the Indictment

be unsealed once the defendant has been arrested.

Date: February 16, 2023

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney, Southern District of Texas

By: *s/ Adam Laurence Goldman*
Adam Laurence Goldman
Assistant United States Attorney
Attorney-in-Charge
S.D. Tex. ID No.: 1034195
State Bar Nos.: NY3038023/DC476521
1000 Louisiana Street, 24th Floor
Houston, Texas 77002
Tel.: (713) 567-9534; FAX: (713) 718-3303
E-mail: Adam.Goldman2@usdoj.gov
*Counsel for the United States of America*